

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00319-CV

Joseph Aaron **HENRY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15802A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The State of Texas's brief was due to be filed in this appeal on or before September 30, 2016.  Neither the brief nor a motion for extension of time has been filed.

For this reason, the State of Texas is ORDERED to file its brief on or before October 19, 2016.  **NO EXTENSIONS OF TIME WILL BE ALLOWED**.  If the brief is not filed by this date, the case will be submitted without the State of Texas's brief.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court